Paragraph 57 specifies a rate of duty of 25 per centum ad valorem, with the proviso, however, that the rate assessed shall be—

* * * not less than the rate applicable to the component material subject to the highest rate of duty * * *.

As stated above, the involved combination is composed of castor oil, oleic acid, and caustic potash. Castor oil is dutiable under paragraph 53 of the Tariff Act of 1930 at 3 cents per pound; oleic acid is dutiable under paragraph 1 at 20 per centum ad valorem; and caustic potash is dutiable under paragraph 78 at 1 cent per pound. The ad valorem rate for oleic acid is less than the ad valorem rate applicable to the combination under paragraph 57, and since the total weight of the Nilo P involved is 6,613.8 pounds and its total value is $3,771, it is obvious that the specific rates applicable to the castor oil and the caustic potash are less than the 25 per centum ad valorem rate applicable to the combination.

Judgment will therefore issue sustaining the protest claim for duty at the rate of 25 per centum ad valorem under paragraph 57 of the Tariff Act of 1930, and directing reliquidation of the entry accordingly.

**No. 55175.**—Marine By-Products Corp. v. United States, protests 695201–G, etc. (Seattle).

Opinion by MOLLISON, J. When the protests were called for trial counsel for the plaintiff offered in evidence the special report of the appraiser in answer to each protest. Each of the said reports and the letter of the collector transmitting each protest identified the merchandise as "kelp meal." Since both the appraiser and the collector considered the imported substance to be kelp meal, the claim for free entry under paragraph 1705 was sustained, following *Centennial Flouring Mills Co. et al.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200). *United States* v. *Geo. S. Bush & Co., Inc., et al.* (35 C. C. P. A. 124, C. A. D. 381) cited.

**No. 55176**—G. Abramovitch et al. v. United States, protests 159998–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 29, 1951

**No. 55177.**—Paul V. Eisner Co. et al. v. United States, protests 109753–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch*

Co. et al. (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "A" were held dutiable at $1.20 each as watch movements more than %10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, supra.

**No. 55178.**—Henry H. Harteveldt et al. v. United States, protests 111738–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of United States v. Helbros Watch Co. et al. (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than %10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, supra.

**No. 55179.**—Croton Watch Co., Inc., et al. v. United States, protests 164677–K, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 55180.**—Audrey Import Co., Inc., et al. v. United States, protests 498814–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 55181.**—Hemisphere International Corp. v. United States, protest 162550–K (A) (New York).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 29, 1951

**No. 55182.**—Alfred Mazer et al. v. United States, protests 153043–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the